UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA, | No. 2:14-cv-3014-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

Presently pending before the court is defendant's motion to dismiss, which is currently set for hearing on May 7, 2015. (ECF No. 7.) Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing date, i.e., by April 23, 2015. However, the court's records indicate that plaintiff failed to file an opposition or statement of non-opposition to the motion in accordance with Local Rule 230(c).

In light of plaintiff's *pro se* status and the court's desire to resolve defendant's motion on the merits, the court finds it appropriate to continue the hearing on the motion and provide plaintiff with one additional opportunity to oppose the motion.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The May 7, 2015 hearing on defendant's motion to dismiss is VACATED and CONTINUED to June 18, 2015, at 10:00 a.m., in Courtroom No. 25 before the undersigned.
2. Plaintiff shall file any opposition to the motion to dismiss no later than May 21, 2015. In the alternative, if plaintiff no longer wishes to pursue the case at this time, she may instead file a notice of voluntary dismissal of the action without prejudice no later than May 21, 2015.
3. Defendant shall file any reply to plaintiff's opposition, if any, no later than June 4, 2015.
4. Failure to file either an opposition or a request for voluntary dismissal by the required deadline will result in a recommendation that the action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).
5. In light of the pending motion to dismiss, the May 28, 2015 status (pretrial scheduling) conference is VACATED. The court will reset the date of that conference at a later juncture, if appropriate.

IT IS SO ORDERED.

Dated: April 24, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE